JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN J. COLODNEY, <br><br> Plaintiff, <br><br> v. <br><br> JAY ORR DOES 1 - 50 INCLUSIVE, <br><br> Defendants. | Case No. EDCV 14-01973-VAP (SPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>April 9, 2015</u>

                                          VIRGINIA A. PHILLIPS <br>
                                    United States District Judge